IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05-CR-294-4**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) **ORDER** |
| EDWARD DEANGELO NEELY (4) | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Letter Motion to Amend/Correct Sentence filed on April 22, 2011.

In accordance with the Court's original intent, the motion is **GRANTED.** Defendant's sentence is reduced from 120 months to 94 months. A new J&C is to be prepared to reflect the new sentence in order that defendant receive credit for time served in his prior federal sentence (3:04-cr-171).

IT IS SO ORDERED.

Signed: April 22, 2011

Graham C. Mullen
United States District Judge