## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CRIMINAL ACTION NO. 3:05-CR-00294-GCM

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| EDWARD D. NEELY, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion. On December 5, 2006, Defendant Edward Neely pled guilty to one count of possession with the intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 851, and one count of possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). (Doc. No. 109, 228) On February 29, 2008, the Court sentenced Defendant to 120 months' imprisonment on each count, to run concurrently, followed by two years of supervised release on each count, to run consecutively. (Doc. No. 228) On Defendant's motion, the Court amended his sentence to 94 months' imprisonment on each count, to run concurrently, on April 22, 2011. (Doc. No. 283, 284) Defendant commenced his term of supervised release on January 22, 2014. (Doc. No. 331) The Court modified the conditions of his release on June 10, 2015. (*Id.*)

Pursuant to 18 U.S.C. § 3624(e), a convicted individual's "term of supervised release commences on the day the person is released from imprisonment and runs concurrently with any other Federal, State, or local term of probation or supervised release . . . to which the person is subject to becomes subject during the term of supervised release." It appears to the Court that the order sentencing Defendant to two years of supervised release on each count, to run consecutively,

contravenes this provision. The Court has the authority to terminate a defendant's term of supervised release and discharge the defendant if such action is in the interest of justice. 18 U.S.C. § 3583(e)(1). Defendant will have completed two years of supervised release on January 21, 2016. Accordingly, the Court will *sua sponte* order Defendant's supervised release to be terminated on that date.

**SO ORDERED.**

Signed: October 30, 2015

Graham C. Mullen
United States District Judge